MORGAN GARDNER ELECTRIC CO. v. GENERAL ELECTRIC CO.

(Circuit Court of Appeals, Seventh Circuit. April 23, 1912.)

No. 1,573.

Appeal from the Circuit Court of the United States for the Northern District of Illinois.

See, also, 159 Fed. 951.

Glenn S. Noble, of Chicago, Ill., for appellant.

William K. Richardson, of Boston, Mass., and Edward Rector, of Chicago, Ill., for appellee.

PER CURIAM. Appeal dismissed, on motion of counsel for appellant.

---

UNITED STATES v. DE FAUR et al.

(Circuit Court of Appeals, Seventh Circuit. April 24, 1912.)

No. 1,656.

In Error to the District Court of the United States for the Northern District of Illinois.

See, also, 187 Fed. 812, 109 C. C. A. 572.

Edwin W. Sims, of Chicago, Ill., for the United States.

Timothy J. Fell, of Chicago, Ill., for defendants in error.

PER CURIAM. Judgment entered reversing pursuant to stipulation.